[No. 32085-1-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEE THOMAS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-02402-7, Paula Casey, J., entered July 29, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 32198-0-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK TERENCE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00986-3, John F. Nichols, J., entered August 31, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 32585-3-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EFREN RIOS-GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00879-1, Stephen M. Warning, Jill Johanson, and James J. Stonier, JJ., entered November 17, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 23568-8-III. Division Three. November 1, 2005.]

DALE MORRISON ET AL., *Respondents*, v. BASIN ASPHALT CO. ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Franklin County, No. 03-2-50403-6, Carrie L. Runge, J., entered November 2, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem. Now published at 131 Wn. App. 158.